# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ROCKLYN C. ELLIS, JR.,

    Plaintiff,

vs.                                          CASE NO. 6:07-CV-2017-ORL-19DAB

ALL OF MY SONS MOVING & STORAGE
OF ORLANDO, INC., AMBROSE
PALERMO,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 48, filed July 27, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 48) is **ADOPTED and AFFIRMED.** The Motion for Attorney's Fees (Doc. No. 45, filed June 22, 2009) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida, this  12th  day of August, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record